IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM WILES HORSMAN, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOVERNOR ROBERT BENTLEY, )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:11cv769-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging conditions at Elmore Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted. While summary judgment is appropriate, the

court should not be understood as agreeing with the reasoning in the magistrate judge's opinion.

An appropriate judgment will be entered.

DONE, this the 24th day of November, 2014.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE