IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM WILES HORSMAN, III, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:11cv769-MHT (WO) |
| GOVERNOR ROBERT BENTLEY, et al., | ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (doc. no. 77) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 68) is adopted.

(3) Defendants' motions for summary judgment (doc. nso. 7, 19, & 69) are granted.

    **(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.**

    It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 24th day of November, 2014.

                                  /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE