IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **WILLIAM WILES HORSMAN, III,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GOVERNOR ROBERT BENTLEY, et al.,** )<br>)<br>Defendants. ) | <br><br><br><br>CIVIL ACTION NO.<br>2:11cv769-MHT<br>(WO) |

### ORDER

It is ORDERED that plaintiff's objection (doc. no. 83) is overruled and plaintiff's motion for reconsideration (doc. no. 83) is denied.

DONE, this the 5th day of December, 2014.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**